NATHAN FREEDMAN, Appellant, *v.* NEW YORK SOCIETY FOR THE SUPPRESSION OF VICE et al., Respondents.

Argued April 29, 1937; decided May 25, 1937.

*Jas. Madison Blackwell* and *Martin A. Nathanson* for appellant.

*Lee Hazen* for New York Civil Liberties Committee, *amicus curiæ*.

*Martin Conboy, David Asch* and *Francis X. Walsh* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.